JS - 6

**FILED: 4/7/15**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Tower Park Properties, LLC* | CASE NO. CV 15-1989-GHK |
| | JUDGMENT |

Pursuant to the Court's April 7, 2015 Order, in which we deemed this appeal to be a continuation of CV 13-1518-GHK, IT IS HEREBY ADJUDGED that this appeal is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: April 7, 2015

_____
GEORGE H. KING
Chief United States District Judge